# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D23-1833
LT Case No. 2021-CA-446

—————————————————

COURTNEY DUNCAN,
Individually, and BRIAN DUNCAN
and COURTNEY DUNCAN, Parents
and Next Friends of Z.D., a
child,

    Petitioners,

    v.

SHAINA BELL and UNITED
SERVICES AUTOMOBILE
ASSOCIATION,

    Respondents.

—————————————————

Petition for Certiorari Review of Order
from the Circuit Court for Clay County,
Steven B. Whittington, Judge.

Terry P. Roberts, of Fischer Redavid PLLC, Hollywood, for
Petitioners.

Kansas R. Gooden, of Boyd & Jenerette, P.A., Miami, and
Nicholas R. Consalvo, of Boyd & Jenerette, P.A., Boca Raton,
for Respondent, United Services Automobile Association.

No Appearance for Other Respondent.

February 2, 2024

PER CURIAM.

The petition for writ of certiorari is dismissed.  *See Nucci v. Target Corp.*, 162 So. 3d 146 (Fla. 4th DCA 2015).

PETITION DISMISSED.

LAMBERT, BOATWRIGHT, and MACIVER, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————